IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ABRAHAM & VENEKLASEN JOINT VENTURE; ABRAHAM EQUINE, INC.; and JASON ABRAHAM, | § § § § § | |
| Plaintiffs, | § § | No. 2:12-cv-103-J |
| v. | § § | |
| AMERICAN QUARTER HORSE ASSOCIATION, | § § § § | |
| Defendant. | § § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached interrogatories and return such answers in open Court, and under the instructions of the Court, as our verdict in this cause.

_____
*Signature of Foreperson*

July 30, 2013
_____
*Date*

1

**Question 1**: Did Defendant violate Section 1 of the Sherman Antitrust Act?

Answer "Yes" or "No"    Yes

**Question 2**: Did Defendant violate Section 15.05(a) of the Texas Free Enterprise and Antitrust Act?

Answer "Yes" or "No"    Yes

**Question 3**: Did Defendant violate Section 2 of the Sherman Antitrust Act?

Answer "Yes" or "No"    Yes

**Question 4**: Did Defendant violate Section 15.05(b) of the Texas Free Enterprise and Antitrust Act?

Answer "Yes" or "No"    Yes

**If you answered "No" to all of Questions 1–4, stop now and inform the bailiff that you have reached a verdict. If you answered "Yes" to any of Questions 1–4, answer Question 5.**

**Question 5**: Did Defendant's actions cause damage to the Plaintiffs?

Answer "Yes" or "No" for each Plaintiff separately:

____Yes____ Abraham & Veneklasen Joint Venture

____Yes____ Abraham Equine, Inc.

____Yes____ Jason Abraham


**If you have answered "No" to Question 5, stop here and inform the bailiff that you have reached a verdict. If you answered "Yes" to Question 5, answer Question 6.**

**Question 6**: What sum of money, if paid now in cash, would fairly and reasonably compensate each Plaintiff for the damages, if any, that Defendant caused each? Answer in dollars and cents.

$ _0.00_____ Abraham & Veneklasen Joint Venture

$ _0.00_____ Abraham Equine, Inc.

$ _0.00_____ Jason Abraham