I cannot tell you the effect of your answers. You must answer each question as you find the facts to be without considering the effect of the answers.

*Mary Lou Robinson*
Mary Lou Robinson
United States District Judge

Date:   July 29, 2013

---

1. If we rule (1 and 2) against the conspiracy and, in (3 and 4) favor of the monopoly, will that decision result in the registration of the clones and their offspring?

2. If (#5) we rule in favor of damages, do we have to (#6) award a dollar amount?

Shayla Coon
Foreperson