UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ABRAHAM & VENEKLASEN JOINT VENEKLASEN JOINT VENTURE, ABRAHAM EQUINE, INC., and JASON ABRAHAM, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 02:12-cv-00103-J |
| AMERICAN QUARTER HORSE ASSOCIATION, | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Defendant, AMERICAN QUARTER HORSE ASSOCIATION ("AQHA"), by and through its attorneys, respectfully files this Notice of Appeal pursuant to 28 U.S.C. § 1291 and the Federal Rules of Appellate Procedure 3 and 4 and shows as follows:

1.     On August 22, 2013, final judgment was entered against Defendant in this cause. The Final Judgment ordered both equitable relief and payment of attorney fees in favor of the Plaintiffs.

2.     Defendant hereby gives written Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from said final judgment.

1

Respectfully submitted,

By:    /s/ W. Wade Arnold
        W. Wade Arnold
        State Bar No. 00783561
        Mike H. Loftin
        State Bar No. 12487500
        Autum L. White
        State Bar No. 24081205
        UNDERWOOD LAW FIRM, P.C.
        P. O. Box 9158
        Amarillo, Texas 79105-9158
        Telephone: (806) 376-5613
        Fax: (806) 379-0316

**ATTORNEYS FOR DEFENDANT**
**AMERICAN QUARTER HORSE**
**ASSOCIATION**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 23rd day of September, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nancy J. Stone
320 S. Polk St., Suite 820, LB #32
Amarillo, Texas 79101
stone@nancyjstone.com

Ronald D. Nickum
P.O. Box 1889
Amarillo, Texas 79105
ron@nickumlaw.com

Sam L. Stein
305 S. Grand/ P.O. Box 223
Cherokee, OK 73728
Sstein@steinlaw-ok.com

Brian E. Robison
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201
BRobison@gibsondunn.com

By:   /s/ W. Wade Arnold
      W. Wade Arnold